## SMITH *v.* THE STATE.

SIMMONS, C. J. 1. This court can not say that it was error to refuse to allow counsel to read certain portions of a named book to the jury, as part of his argument, when the assignment of error does not show, literally or in substance, what counsel desired to read. *Cook* v. *Coffey*, 103 *Ga.* 386.

2. Taken in connection with the entire charge, there was no error in any of the charges of which complaint was made. The verdict, if not demanded, was certainly authorized by the evidence.

*Judgment affirmed. All the Justices concur.*

Submitted April 21,— Decided May 10, 1904.

Indictment for murder. Before Judge Atkinson. Motion for new trial before Judge Freeman. Carroll superior court. January 30, 1904.

*James Beall, R. D. Jackson, W. F. Brown, W. D. Hamrick,* and *S. J. Boykin,* for plaintiff in error.

*John C. Hart, attorney-general,* and *H. A. Hall, solicitor-general,* contra.